**JS-6**

```
                    FILED
         CLERK, U.S. DISTRICT COURT

               9/25/2015

      CENTRAL DISTRICT OF CALIFORNIA
      BY: _____CW_____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HAMBY, et al., <br><br>          Plaintiffs, <br><br>     v. <br><br> CITY OF LOS ANGELES, et al., <br><br>          Defendants. | Case No.  2:14-cv-05452-AB (CWx) <br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled, (*see* Dkt. No. 79.);

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: September 25, 2015

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE